FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION    2009 MAR 24  AM 9: 47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN RE: SEALED PROCEEDINGS

CASE NO. 8:09-Cr-113-T23TGW

## ORDER

THIS CAUSE having come on for consideration upon the motion of the Government's Motion to Seal Information and Related Documents.

It is hereby ORDERED that the Motion and Order be SEALED.

DONE AND ORDERED this 23 day of March, 2009.

_____
Mark A. Pizzo
U.S.M.J.
~~United States District Judge~~